IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FIRST RESIDENTIAL SERVICE - ASHBURY SQUARE | § § § | |
| V. | § § § | CIVIL ACTION NO. 4:16-CV-02733 |
| TRAVELERS LLOYDS OF TEXAS | § | |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, The Travelers Lloyds Insurance Company (incorrectly sued herein as Travelers Lloyds of Texas), the defendant in the above entitled and numbered cause, and files this its notice of removal, and in support thereof would respectfully show unto this Honorable Court as follows:

### I.
### STATE COURT ACTION

This case was initially filed in the 410th Judicial District Court of Montgomery County, Texas. The state court action is styled: Cause No. 16-08-09043; <u>First Residential Service – Ashbury Square vs. Travelers Lloyds of Texas</u>, in the 410th Judicial District Court of Montgomery County, Texas.

### II.
### PARTIES

The plaintiff, First Residential Service – Ashbury Square, is, upon information and belief, an entity or an assumed name, affiliate, or subsidiary of an entity having its principal place of business in or Montgomery or Harris County, Texas.

The defendant, The Travelers Lloyds Insurance Company ("Travelers"), is an unincorporated insurance association, comprised of individual underwriters, authorized

to conduct business in Texas as a "Lloyds Plan" insurer under the Texas Insurance Code. All of Travelers' underwriters reside in and are citizens of the State of Connecticut and none of Travelers' underwriters reside in or are citizens of Texas.

### III.
### JURISDICTION

This Court has jurisdiction over the subject matter of this cause, pursuant to 28 U.S.C. § 1332, because this is a civil action in which the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states. Accordingly, this cause is removable pursuant to 28 U.S.C. § 1441 and § 1446.

### IV.
### TIMELINESS

Travelers was served with process and the plaintiff's original petition on August 17, 2016. Thirty days have not elapsed since Travelers was served with process. Accordingly, pursuant to 28 U.S.C. § 1446, this notice of removal is timely and proper.

### V.
### ATTACHMENTS

Pursuant to 28 U.S.C. § 1446(a), Local Rule 3, and Local Rule 81, the following exhibits are attached hereto and incorporated herein by reference for all purposes:

a. Exhibit A:   Civil action cover sheet;

b. Exhibit B:   Copies of all executed processes in the case, if any;

c. Exhibit C:   Copies of all pleadings asserting causes of action and all answers to such pleadings;

d. Exhibit D:   Copies of all orders signed by the state court judge, if any;

e. Exhibit E:   A copy of the state court docket sheet;

f.  Exhibit F:   An index of matters being filed; and

g.  Exhibit G:   A list of all counsel of record, including addresses, telephone numbers, and parties represented.

## VI.
## CONDITIONS PRECEDENT

The defendant has tendered the filing fee required by the Clerk of the United States District Court for the Southern District of Texas, Houston Division, along with this notice of removal. A copy of this notice of removal is also being filed in the 410th Judicial District Court of Montgomery County, Texas, and all counsel of record are being provided with complete copies.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, the defendant respectfully requests that the above action, styled: Cause No. 16-08-09043; <u>First Residential Service – Ashbury Square v. Travelers Lloyds of Texas</u>, in the 410th Judicial District Court of Montgomery County, Texas, be removed to this Court.

[SIGNATURE PAGE TO FOLLOW]

Respectfully submitted,

ORGAIN BELL & TUCKER, LLP
P O Box 1751
Beaumont, TX 77704-1751
(409) 838-6412
(409) 838-6959 facsimile

/s/ Greg C. Wilkins
Greg C. Wilkins
State Bar No. 00797669
gcw@obt.com
Warren B. Wise
State Bar No. 24075299
wwise@obt.com

ATTORNEYS FOR DEFENDANT,
THE TRAVELERS LLOYDS
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I do hereby certify that on the 9th day of September, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and also forwarded it to all known counsel of record by Certified Mail, Return Receipt Requested.

/s/ Greg C. Wilkins
Greg C. Wilkins