IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FIRST RESIDENTIAL SERVICE - ASHBURY SQUARE | § § § | |
| V. | § § | CIVIL ACTION NO. 4:16-CV-02733 |
| TRAVELERS LLOYDS OF TEXAS | § § | |

## NOTICE OF SETTLEMENT

COME NOW, First Residential Service – Ashbury Square, the plaintiff herein, and The Travelers Lloyds Insurance Company (incorrectly sued herein as Travelers Lloyds of Texas), the defendant herein, and, pursuant to Local Rule 16.3 of the Local Rules for the Southern District of Texas, notify the Court that the parties have reached a settlement agreement that will result in a full and final release and dismissal with prejudice of all claims and causes of action asserted in this lawsuit. The parties request thirty days to file a joint stipulation of dismissal and proposed order of dismissal and final judgment in order to afford the parties sufficient time to effectuate a full and final release and dismissal with prejudice of all claims asserted in this lawsuit.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

The Voss Law Firm
The Voss Law Center
26619 Interstate 45
The Woodlands, Texas 77380
(713) 861-0015
(713) 861-0021 facsimile

/s/ Scott G. Hunziker (w/permission)
Scott G. Hunziker
State Bar No. 24032446
scott@vosslawfirm.com

ATTORNEYS FOR PLAINTIFF
FIRST RESIDENTIAL SERVICES – ASHBURY SQUARE


ORGAIN BELL & TUCKER, LLP
P O Box 1751
Beaumont, TX 77704-1751
(409) 838-6412
(409) 838-6959 facsimile


/s/ Greg C. Wilkins
Greg C. Wilkins
State Bar No. 00797669
Southern District Bar No. 33280
gcw@obt.com

ATTORNEYS FOR DEFENDANT THE TRAVELERS LLOYDS INSURANCE COMPANY

2

## **CERTIFICATE OF SERVICE**

    I do hereby certify that on the 27th of March, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all known counsel of record.

                                                           /s/ Greg C. Wilkins
                                                           Greg C. Wilkins