## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **FIRST RESIDENTIAL SERVICE -** | § | |
| **ASHBURY SQUARE** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:16-CV-02733** |
| | § | |
| **TRAVELERS LLOYDS OF TEXAS** | § | |

### JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW, First Residential Service – Ashbury Square, the plaintiff herein, and The Travelers Lloyds Insurance Company (incorrectly sued herein as Travelers Lloyds of Texas), the defendant herein, and stipulate to the dismissal of any and all claims asserted in this lawsuit with prejudice to the re-filing of same.  By virtue of this stipulation of dismissal, all claims and causes of action asserted in this lawsuit shall be dismissed with prejudice to the re-filing of same.  This stipulation of dismissal is signed by counsel for all parties who have appeared in this lawsuit.

Respectfully submitted,

The Voss Law Firm
The Voss Law Center
26619 Interstate 45
The Woodlands, Texas 77380
(713) 861-0015
(713) 861-0021 facsimile

 /s/ Scott G. Hunziker (w/permission)
Scott G. Hunziker
State Bar No. 24032446
scott@vosslawfirm.com

ATTORNEYS FOR PLAINTIFF
FIRST   RESIDENTIAL   SERVICES   –
ASHBURY SQUARE

ORGAIN BELL & TUCKER, LLP
P O Box 1751
Beaumont, TX 77704-1751
(409) 838-6412
(409) 838-6959 facsimile

 /s/ Greg C. Wilkins
Greg C. Wilkins
Attorney-in-charge
State Bar No. 00797669
Southern District Bar No. 33280
gcw@obt.com

ATTORNEYS FOR DEFENDANT THE
TRAVELERS LLOYDS INSURANCE
COMPANY

## CERTIFICATE OF SERVICE

I do hereby certify that on the 29th day of March, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all known counsel of record.

/s/ Greg C. Wilkins